CARLIE CHRISTENSEN, United States Attorney (#633)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED
U.S. DISTRICT COURT
2011 JUL -6  P 12: 45
DISTRICT OF UTAH
BY: _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DARIN FRONK CLARK,<br><br>    Defendant. | **INDICTMENT**<br><br>VIO. 18 U.S.C. § 2251(a),<br>Production of Child Pornography;<br>VIO. 18 U.S.C. § 2252A(a)(5)(B),<br>Possession of Child Pornography.<br><br>Case: 2:11-cr-00576<br>Assigned To : Campbell, Tena<br>Assign. Date : 7/6/2011<br>Description: USA v. |

SEALED

The Grand Jury charges:

**COUNT I**
(18 U.S.C. § 2251(a))
(Production of Child Pornography)

Beginning on or about October 3, 2009 and continuing to on or about February 22, 2011, in the Northern Division of the District of Utah,

DARIN FRONK CLARK,

defendant herein, did knowingly, employ, use, persuade, induce, entice and coerce a minor, Child A, to engage in sexually explicit conduct for the purpose of producing visual depictions of such

conduct, and the defendant DARIN FRONK CLARK, knew or had reason to know such visual depictions would be transported across state lines and in foreign commerce, by any means including the internet, and which visual depictions were mailed and transported across state lines and in foreign commerce, by any means including the internet, and such visual depictions were produced using materials that had been mailed, shipped, and transported across state lines and in foreign commerce by any means; all in violation of 18 U.S.C. § 2251(a).

### COUNT II
(18 U.S.C. 2252A(a)(5)(B))
(Possession of Child Pornography)

Beginning on a date unknown to the Grand Jury and continuing to on or about February 22, 2011, in the Northern Division of the District of Utah,

DARIN FRONK CLARK,

defendant herein, did knowingly possess any matter containing one or more images of child pornography that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(5)(B).

NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the felony offenses alleged in Counts I and II of this Indictment, which are punishable by imprisonment for more than one year, the above-named defendant shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a)(3) any and all property constituting

or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said felony offenses and any and all property, real and personal, used or intended to be used in any manner or part to commit and to facilitate the commission of a violation 18 U.S.C. § 2252A and any property traceable thereto, including but not limited to:

- Two Desktop Computers
- One Laptop Computer
- One External Hard Drive
- Two Internal Hard Drives
- Two Zip Drives
- Four SD Cards
- 8 CD's
- video / audio recording device which includes a 2GB micro SD card

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

CARLIE CHRISTENSEN
United States Attorney

_____
CAROL A. DAIN
Assistant United States Attorney