# DARIN F. CLARK

# MEDICAL DOCUMENTATION



**LOGAN REGIONAL HOSPITAL**
LOGAN, UTAH

RADIOLOGY REPORT   (00084506) 213564-8

CLARK, DARIN    ROOM:ER   MR#:11-61-43   P    TMB
EXAM DATE:11/22/92   AGE:025Y   DOB:07/19/67

STUDY: CHEST

COMMENT: Initial examination of the chest demonstrates no
evidence for pneumothorax, pulmonary contusion or major vascular
injury.

Incidental note is made of Harrington rods which span the upper
thoracic to the lower thoracic spine. The rods are threaded and
have been placed in a manner to create compressive forces over
the axial spine.

IMPRESSION: No acute abnormality of the chest is identified in
the setting of trauma.


STUDY: CERVICAL SPINE CROSS-TABLE LATERAL VIEW

IMPRESSION: Initial cross-table lateral view is obtained and this
shows normal alignment with no evidence for major injury.


STUDY: CERVICAL SPINE SERIES

COMMENT: Alignment of the cervical spine is normal. Disc spaces
are well maintained. Prevertebral soft tissues are normal. There
is no evidence for fracture or dislocation.

IMPRESSION: Normal cervical spine series.


STUDY: STERNUM

IMPRESSION: Views of the sternum show no evidence for fracture.




                              _____
                              DOUGLAS D. CHILD M.D.

t11/23/92cn

11/23/1992  11:17am

Attachment # 1

Copy 1

LOGAN REGIONAL HOSPITAL RADIOLOGY REPORT  (270099)  965631-5

CLARK, DARRIN FRONK      ROOM:041     MR#:207500
EXAM DATE: 01/16/98      AGE:030Y     DOB:07/19/67

STUDY:  BRAIN AND CERVICAL SPINE MRI

CLINICAL HISTORY:  Headaches.  Prior Harrington rod placement.

TECHNIQUE:  Brain images obtained using sagittal, axial, and coronal T1
and T2 weighted sequences.

FINDINGS:  Midline structures maintained.  Cervical cord unremarkable.
Brain stem and cerebellum maintained.

Ventricles, cisterns, and sulci maintained.  No abnormal intra- or
extra-axial fluid collections.  Gray/white matter differentiation
unremarkable without focal white matter lesion.  Normal vascular flow
voids.

Posterior fossa structures maintained with midline fourth ventricle.
Visualized cranial nerves.  Possible small mucous retention cyst at the
inferior medial aspect of the right maxillary sinus.  Sinuses,
mastoid air cells, and orbits maintained.

IMPRESSION:  Essentially negative findings brain MRI as above.

STUDY:  CERVICAL SPINE

TECHNIQUE:  Sagittal and axial T1 and T2 weighted sequences obtained.

FINDINGS:  A moderate amount of ferro magnetic artifact is present at
the T2 level and below where the cord is not seen.  What is seen of the
vertebral body marrow signal is maintained, save for a mild decrease in
height of C6 when compared with C5 and C7.  No evidence for cerebellar
tonsil descent.  No paraspinous masses identified.

Abundant cerebrospinal fluid surrounds the cord at C2 with patent
neuroforamina at C2-3.

Widely patent neuroforamina at C3-4, C4-5, C5-6, C6-7, and it appears
to be patent at C7-T1, however, the artifact grows increasingly large
inferiorly and poor visualization at C7-T1.  Abundant cerebrospinal
fluid surrounds the cord at all levels.  No evidence for disc
protrusion or significant degenerative change with osteophyte mass
effect.

                    PATIENT NAME:  CLARK, DARRIN FRONK
Page  of 2  MED. REC. NO.: 207500
05/12/99  09:14:12.33       EXAM DATE:    01/16/98

Attachment # 2

Copy 1

IMPRESSION:  C6 is smaller in height than its neighbors above and below, suggesting prior compression or congenital/develpmental anomaly. Cervical cord maintained.  Patent neuroforamina.  No evidence for mass effect on the cord.  Artifact inferiorly.  Correlate clinically for treatment and followup.

_____
TERRY J. BUCCAMBUSO, M.D.

TJB/tp  T:01/16/98

PATIENT NAME:  CLARK, DARRIN FRONK
Page  of 2  MED. REC. NO.: 207500
05/12/99  09:14:12.38       EXAM DATE:      01/16/98
    page 2 of 2

**DARIN CLARK**          December 20, 2012          EMG/rc
                         **PERRY CLINIC**

S:   The patient is a 45-year-old male with bilateral femoropatellar pain.

This patient has had problems for the last several months, progressive, with pain in the retropatellar space with any kneeling, sitting with his knee bent, or going down hills. Both are equally a problem, and he knows of no definite injury. He does have some night pain when he sleeps with his knees bent.

O:   On examination, this patient has some decreased tension in both quadriceps groups. The right knee is tender along the lateral femoropatellar joint and very tender with inhibition of the quads. He is also somewhat tender in the posteromedial joint line, but has a negative McMurray. He is stable to varus, valgus, anterior and posterior drawer.

The left knee is tender medially in the retropatellar space, and there is a popping on the lateral side of the patella. He also is painful with inhibition at a 4+ level, and he is tender mildly in the mid medial joint line.

Both of these painful episodes that occurred during the examination in the medial joint space are not common to him.

Evaluation of x-ray films, AP and lateral of the patella, show a well-ossified joint. The joint spaces are quite well preserved with some early narrowing of the medial side, and the femoropatellar joints are somewhat tilted laterally, but not pathologically. They are somewhat narrowed with very early beginning of osteophytes.

A:   This patient shows evidence of chondromalacia patella with fibrillation of both femoropatellar joints. These are both related to bent-knee activities and presence of a weak quadriceps muscle.

P:   We are going to put the patient in physical therapy, and I think that by strengthening we can get rid of a lot of his pain. He may come to injections in the future. Someday the medial joint line pain may need to be addressed with MRI's, because I think he is starting to get some degenerative changes in his menisci bilaterally.

E. Marlowe Goble, M.D./rc

Attachment #3

**Mountain West**
**Physical Therapy**
A Service of Cache Valley Specialty Hospital

*Kerry Crawford*
*257-3809*

Name _Darin Clark_  Date _Dec 20, 12_

Diagnosis _PF Pain  L > R_
_Medial Joint line tenderness_

| | |
|---|---|
| ☑ Evaluate and Treat | ☐ Electrical Stimulation |
| ☑ Therapeutic Exercise | ☐ Massage |
| ☐ Ultrasound | ☐ Iontophoresis/Phonophoresis |
| ☐ Gait Training | ☐ Wound Care |
| ☐ Whirlpool | ☐ Hot Packs |
| ☐ Ice Packs | ☐ KT-1000 Arthrometer Evaluation |
| ☐ Isokinetic Evaluation | ☐ Work Conditioning |
| ☐ Neuromuscular Re-education Rehab | ☐ Orthotics |
| ☐ Knee Brace | ☐ ASTM |
| ☐ Soft Tissue/Joint Mobilization | ☐ Functional Capacity Evaluation |
| ☐ Aquatic Therapy | ☐ Other _____ |

Return appointment with physician __4__ weeks.  Frequency/Duration _____

Frequency/Duration _1x-3x w/c_

Comments: _PF Program_
_R/O Meniscal tear_
_If medial joint line ↑ in pain, refer back_
_for MRI or Injection_   _En goh_   Signature  M.D.

2310 North 400 East, Ste B • North Logan, Utah 84341 • Phone (435) 787-9030 • Fax (435) 787-9033
169 North Spring Creek Pkwy., Ste 140 • Providence, Utah 84332 • (435) 755-8500 • Fax (435) 755-2836
1655 North 200 East, Suite 2 • North Logan, Utah 84341 • (435) 753-1844 • Fax (435) 753-2986
44 North 100 East • Preston, Idaho 83263 • (208) 852-4122 • Fax (208) 852-3512
451 West 600 North • Tremonton, Utah 84337 • (435) 257-3809 • Fax (435) 257-6347
1950 South Hwy. 89 • Perry, Utah 84302 • (435) 723-1902 • Fax (435) 723-1908

# PHYSICAL THERAPY FOLLOW UP

NAME: _Darin Clarke_ Age: _45_ DOB: _7/19/67_ DATE: _1/21/13_

DIAGNOSIS: _(B) knee pain_

**SUBJECTIVE:** PAIN LEVEL (Current): 0 1 2 (3 4 5) 6 7 8 9 10   PAIN LEVEL (At Worst): 0 1 2 3 4 5 6 (7 8 9) 10

Pt is _____ days/weeks/months S/P _14 has received 4 PT treatments_

_including modalities & ther ex for quad/knee strength_

_c/o severe pain to medial knees_

**OBJECTIVE:**

ROM: _WNL_ STRENGTH: _4-/5_

GAIT: ☐ WNL ☑ Antalgic (min) mod/severe)  ☐ Decreased Knee Ext (min/mod/severe)  ☐ Decreased Knee Flex (min/mod/severe)

_Demonstrates weakness in quads - esp ē closed chain activities._

**PT ASSESSMENT:**

☐ Patient is making appropriate progress in all areas towards therapy goals.

☐ Patient is progressing with their: ☐ ROM ☐ Strength ☐ Gait Pattern ☐ Other: _____

☑ Patient is having difficulty with: ☐ Achieving knee flexion ☐ Achieving knee extension ☐ Normalizing gait pattern ☑ Pain Control

_Recommend follow-up ē MD 2° no change or_

_↑ in knee pain._

_____Neumann_____  _1/21/13_

PT SIGNATURE                DATE

**PHYSICIAN ASSESSMENT:**

_____

_____

_____

_____

**PLAN:**

☐ CONTINUE WITH CURRENT REHAB: _____ x per week for _____ wks

☐ CHANGE CURRENT REHAB: _____

☐ FOLLOW UP WITH PHYSICIAN: _____

☐ Other: _____

COMMENTS: _____

_____  _____

PHYSICIAN SIGNATURE                DATE



# Logan Regional Medical Center
## 500 E. 1400 N.
## Logan, Utah 84341



**IHC**

| Patient Name | | Sex | Birthdate | | Age | | Medical Record Number | | Account Number |
|---|---|---|---|---|---|---|---|---|---|
| CLARK, DARIN F | | MALE | 07/19/67 | | 36 | | 116143 | | 27686138 |

| Admit Date / Time | Discharge Date / Time | | LOS | Disposition | |
|---|---|---|---|---|---|
| 04/22/04 09:26 AM | 04/22/04 09:26 AM | | 1 | Home | |

| Primary Pay Source | Secondary Pay Source |
|---|---|
| SELECT MED | |

| Attending Physician | Physician Number | Coder |
|---|---|---|
| DAVIS, DIRK | 07239 | Patti Falor |

| MDC Code | MDC Text |
|---|---|
| | |

| DRG Code | DRG Text |
|---|---|
| | |

| HCFA Weight | Average LOS | Financial Patient Type |
|---|---|---|
| | | HIGH RISK PROCEDURES |

| Prin. DX | Principal Diagnosis Text |
|---|---|
| 53011 | REFLUX ESOPHAGITIS |

| DX Code | Secondary Diagnosis Text |
|---|---|
| 53085 | BARRETT'S ESOPHAGUS |
| 53510 | ATROPHIC GASTRITIS |
| 5533 | DIAPHRAGMATIC HERNIA |
| 5368 | DYSPEPSIA AND OTHER FUNCTIONAL DISORDER OF STOMACH |
| V153 | PERSONAL HISTORY OF IRRADIATION |

| PX Code | Procedure Text | Date | Surgeon |
|---|---|---|---|
| 4516 | ESOPHAGOGASTRODUODENOSCOPY (EGD) WITH CLOSED BIOPSY | 04/22/04 | DAVIS, DIRK |

| CPT Code & Modifier(s) | CPT Procedure Text | Date | Surgeon |
|---|---|---|---|
| 43239 | EGD; BX, SINGLE/MULTIPLE | 04222004 | DAVIS, DIRK |

Attachment # 4

# Logan Regional Hospital

## EGD Procedure Report

| | | | |
|---|---|---|---|
| **Patient:** | Mr. Darin Clark | **Attending Physician:** | Dirk Davis M.D. |
| **Patient ID:** | DOB 7/19/67 11-61-43 | **Referring Physician:** | JAN-ERIK SCHOW M.D. |
| **Exam Date:** | 04/22/2004 | | |

INTRODUCTION:
36 year old male patient presents for an elective outpatient EGD. The indications for the procedure were abdominal pain, dyspepsia and GERD symptoms.

CONSENT:
The benefits, risks, and alternatives to the procedure were discussed and informed consent was obtained from the patient.

PREPARATION:
EKG, pulse, pulse oximetry and blood pressure monitored.

MEDICATIONS:
- Demerol 75 mg IV before the procedure
- Versed 5 mg IV before the procedure

PROCEDURE:
The endoscope was passed without difficulty under direct visualization to the 2nd portion of the duodenum. Retroflexion was performed in the cardia of the stomach.

FINDINGS:
ESOPHAGUS: Possible Barrett's esophagus was noted. A few cold biopsies were obtained.
GE-JUNCTION: There was a small hiatal hernia.
STOMACH: The stomach appeared normal.
DUODENUM: The duodenum appeared normal.

COMPLICATIONS:
There were no complications associated with the procedure.

IMPRESSION:
1. Possible Barrett's esophagus. [530.2]. A few cold biopsies were obtained.
2. Hiatal hernia. [553.3].
3. The stomach appeared normal.
4. The duodenum appeared normal.

RECOMMENDATION:
- Follow-up on the results of biopsy specimens.
- Follow-up with JAN-ERIK SCHOW, M.D..
- Continue current medications.
- Follow-up with GI clinic as needed.

# Logan Regional Hospital

## EGD Procedure Report

**Patient:** Mr. Darin Clark
**Patient ID:** DOB 7/19/67 11-61-43
**Exam Date:** 04/22/2004

**Attending Physician:** Dirk Davis M.D.
**Referring Physician:** JAN-ERIK SCHOW M.D.



1
Not Defined

2 EG junction
Distal Esophagus

3 EG junction

4
Body Of The Stomach

5
Cardia

6 Antrum
Antrum

7
Bulb

8
2nd Portion Duodenum

Dirk Davis M.D.

GT 4/2

LAB NO: **LRS-04-002052**
MMI #: 403078128
PATIENT NAME: **CLARK, DARIN FRONK**
DOB: 7/19/1967   36Y   M

Date Obtained: 4/22/2004
Date Received: 4/22/2004

PHYSICIAN(S): Dirk R. Davis, MD Phone: 435-787-0270, Fax: 435-787-0262
Jan-Erik Schow, MD Phone: 435-257-2469, Fax: 435-257-2434

PATIENT INFO:
Specimen(s) Submitted: ESOPHAGEAL BIOPSY RULE OUT ESOPHAGITIS, METAPHAGIA
**THIS IS AN AMENDED REPORT**

Pre-op Diagnosis: Heartburn, screening.
Post-op Diagnosis: Rule out esophagitis, metaplasia.

---

**FINAL DIAGNOSIS:**
**ESOPHAGEAL BIOPSY:**
1. **SQUAMOUS MUCOSA WITH MILD REFLUX ESOPHAGITIS.**
2. **GASTRIC MUCOSA WITH MODERATE ACTIVE CHRONIC INFLAMMATION AND FOCAL PANETH CELL-LIKE METAPLASIA.**
3. **NO INTESTINAL METAPLASIA, DYSPLASIA OR CARCINOMA IDENTIFIED.**
4. **NO HELICOBACTER ORGANISMS IDENTIFIED.**
**SNOMED T-CODE: T56000   T56000**
**SNOMED M-CODE: D530140 D530100**

---

AMENDMENT COMMENT:
The purpose of this amended report is to convey findings of a special giemsa stain. A special giemsa stain shows no helicobacter type organisms, and the control material is stained appropriately. The diagnosis has been modified to reflect this finding. The remainder of this report remains unchanged.

GROSS EXAMINATION:
The specimen designated "Clark" consists of four tan to light brown irregular mucosal tissue fragments 0.3 to 0.4 cm in diameter each, toto (4).

MICROSCOPIC EXAMINATION:
Sections show squamous-type esophageal mucosa with elongation of vascular pegs, basal cell hyperplasia, and an increased number of intraepithelial inflammatory cells, predominantly lymphocytes, but including rare eosinophils and neutrophils. Gastric-type glandular mucosa contains a patchy mild chronic inflammatory cell infiltrate including eosinophils and neutrophils that extends into the glandular epithelium in several areas where there are reactive changes. Foci of Paneth cell-like metaplasia are noted. Distinctive goblet cell metaplasia characteristic of Barrett's mucosa, dysplasia, adenoma, or carcinoma is not identified. Although some cases of Barrett's esophagus are comprised exclusively of gastric-type glandular mucosa, correlation with anatomic site is needed. The inflammatory changes are compatible with reflux disease. A special Giemsa stain has been requested to better evaluate for Helicobacter organisms in the gastric mucosa; finding will be issued in a follow up report.

**Matthew M. Kershisnik M.D.**
**Pathologist**
**Electronically signed 04/26/2004**

Logan Regional Hospital
**500 East 1400 North**
**LOGAN, UT 84341**

**Surgical/Path Report**

Patient Name: **CLARK, DARIN FRONK**
Medical Record #: 116143
Room #: GILAB
Encounter #: 27686138
Page 1 of 1

# MOUNTAIN WEST
### Ear, Nose & Throat · Head & Neck

Brigham Medical Clinic
Thomas Matthews, MD
600 W. Hospital Rd.
Brigham City, UT

CURT R. STOCK, M.D.

D. TYKIE SKEDROS, M.D.

RE: Darin Clark
DOB: 7/19/1967

STEVEN M. KELLY, M.D.

SCOTT K. THOMPSON, M.D.

Dear Dr. Matthews,

Darin Clark, a 45 year-old male, was seen for a hearing evaluation on 8/21/12. He is a

Renaissance Towne Center
1551 South Renaissance Towne D

longstanding patient of this clinic. He wears bilateral hearing aids. He reported today
that he is having more difficulty hearing, even with his hearing aids.

Suite 310
Bountiful, Utah 84010
Phone 801-295-5581,
801-292-3331
Fax 801-295-9253

Otoscopy showed clear ear canals and intact tympanic membranes. Hearing was tested
conventionally and reliability was considered good. Air and bone conduction thresholds
indicated a mild sloping to severe sensorineural hearing loss bilaterally. SRT's (speech
reception thresholds) were consistent with the audiometric test results. Speech
discrimination was good at 92% in the right ear and 88% in the left ear at comfortable
presentation levels. Tympanograms showed type A tracings and suggest normal middle
ear pressure and function. Ipsilateral acoustic reflexes were present bilaterally.

Layton Office
2255 N. 1700 W.
Suite 300
Layton, Utah 84041
Phone 801-776-2180
Fax 801-776-2534

The patient has a mild sloping to severe sensorineural hearing loss bilaterally. Hearing
has slightly decreased compared to test results from 10/10/08. The patient's hearing
loss is significant and the patient will have problems hearing sounds and speech in any
environment without his hearing aids. With his hearing aids, the patient will still have
difficulty understanding speech when there is background noise present, with multiple
speakers, when the speaker is turned away from him, and when there is distance
between him and the speaker. The patient will be able to hear the best in a quiet
environment while speaking to one person who is facing him and in close proximity.

Draper Office
114 East 12450 S.
Suite 206
Draper, Utah 84020
Phone 801-576-5930
Fax 801-576-5934

The test results were discussed with the patient. His hearing aids were checked and
adjusted to meet real-ear targets in order to make the speech signal accessible to him.
His hearing aids are from 2007. He could use more power, due to the decrease in
hearing. He could also benefit from the features available in newer hearing aids. He was
told to follow-up with you regarding these test results. We will continue to follow him
regarding his hearing and hearing aids.

Thank you for the referral,

Niki L. Barwick, AuD
Doctor of Audiology

CONFIDENTIAL COPY

Attachment #5



## AUDIOMETRIC REPORT

### Audiometric Report:

**Hearing aid candidate flag** HA Candidate

**Audiogram Right**                                    **Audiogram Left**





### Right PureTone Thresholds

|    | 500 | 1000 | 2000 | PTA Avg |
|----|-----|------|------|---------|
| AC | 35  | 55   | 50   | 47      |

### Left PureTone Thresholds

|    | 500 | 1000 | 2000 | PTA Avg |
|----|-----|------|------|---------|
| AC | 30  | 55   | 55   | 47      |

### Right Ear Speech Audiometry %

|            | Value    |
|------------|----------|
| SRT        | 50 dBHL  |
| Word Recog | 92%      |
| ----Level  | 90 dBHL  |

### Left Ear Speech Audiometry %

|            | Value    |
|------------|----------|
| SRT        | 45 dBHL  |
| Word Recog | 88%      |
| ----Level  | 85 dBHL  |

**Test Reliability** good
**Transducer** earphone
**Response mode** Standard
**Tested by:** Niki L. Barwick, AuD.
**Hearing Aid Candidate** Yes

## Impedance Report Form:

Mid Ear Analyzer Right                                   Middle-Ear Analyzer Left

    

**Physical Volume Right**

|  | daPa | ml |
|---|---|---|
| Physical volume (cc) | 1.6 | |
| T1 | 95 | 0.7 |
| Type | A | |

**Physical Volume Left**

|  | daPa | ml |
|---|---|---|
| Physical volume (cc) | 1.5 | |
| T1 | 25 | 0.8 |
| Type | A | |

**R Stapedius Reflex (HTL)**

|  | 1 K |
|---|---|
| Reflex Level (Ipsi) | 90 |

**L Stapedius Reflex (HTL)**

|  | 1 K |
|---|---|
| Reflex Level ( Ipsi ) | 95 |

**Audiology DX Codes** 389.18 - Sensorineural

**Mountain West ENT Codes Audiology** 92550 Tymp Reflex and 92557 Basic Comrehensive Eval

Date: 11/28/12                                                               PAGE 1
Time: 1240

**BRIGHAM CITY COMMUNITY HOSPITAL**
**950 SOUTH MEDICAL DR.**
**BRIGHAM CITY, UTAH 84302**
**Phone: (435) 734-4173  Fax: (435) 723-7437**
**Pathologist Norman O. Wahlstrom Jr., M.D.**

\*\*\* OUTPATIENT REPORT \*\*\*

| | |
|---|---|
| NAME: **CLARK,DARIN F** | LOC:      G.LB |
| ACCT#:    G00701903002 | AGE/SEX:  45/M |
| ATTEND DR:  Brigham City Community | STATUS:   REG REF |
| | DOB:      07/19/67 |

**SPEC #:** 1128:CBF:C00014R   **COLL:** 11/28/12-0908   **STATUS:** COMP        **REQ #:** 00360300
                            **RECD:** 11/28/12-0908   **SUBM DR:** Brigham City Community Hosp

**ENTERED:** 11/28/12-0908                          **OTHR DR:**
**ORDERED:** COMP. METABOLIC, LIPID, PSA

| Test | Low | Normal | High | Flag | Reference |
|---|---|---|---|---|---|
| *COMP. METABOLIC* | | | | | |
| *LIPID* | | | | | |
| > SODIUM | | 143 | | | 136-145 mEq/L |
| > POTASSIUM | | 3.8 | | | 3.6-5.2 mEq/L |
| > CHLORIDE | | 105 | | | 98-107 MMOL/L |
| > CARBON DIOXIDE | | 24.5 | | | 21.0-32.0 mEq/L |
| > GLUCOSE | | 90 | | | 70.0-110.0 mg/dL |
| > BUN | | 13 | | | 7-20 mg/dL |
| *CREATININE/GFR* | | | | | |
| > CREATININE | | 1.0 | | | 0.9-1.5 mg/dL |
| > GFR CAL | | >60 | | | |
| > TOTAL PROTEIN | | 7.8 | | | 6.4-8.2 gm/dL |
| > ALBUMIN | | 4.1 | | | 3.4-5.0 gm/dL |
| > GLOBULIN | | 3.7 | | | 2.0-4.0 gm/dL |
| > CALCIUM | | 9.5 | | | 8.8-10.4 mg/dL |
| > BILI TOTAL | | 0.51 | | | 0.0-1.0 mg/dL |
| > SGOT/AST | | | 70 | H | 15-37 U/L |
| > SGPT/ALT | | | 122 | H | 30-65 U/L |
| > ALK PHOS | | 82 | | | 45-150 U/L |
| > TRIGLYCERIDES | | | 409 | H | 30-200 mg/dL |
| | *LDL CALCULATION IS NOT ACCURATE WHEN TRIGLICERIDES ARE* | | | | |
| | *GREATER THAN 400 MG/DL.* | | | | |
| > CHOLESTEROL | | | 266 | H | 0-200 mg/dL |
| > HDL CHOLESTEROL | | 34 | | | 32-96 mg/dL |
| > LDL-CALCULATED | TEST NOT PERFORMED | | | | 0-130 |
| > HDL/CHOL | | 7 | | | 1.0-10.0 mg/dL |

*RISK FACTOR FOR CHD*

-------------------------------------------------------------
|       |        HDL        |        LDL        |
| LOW   |       > 60        |       < 130       |
| MOD   |     35 - 60       |     130 - 160     |
| HIGH  |       < 35        |       > 160       |
-------------------------------------------------------------
*National Cholesterol Education Program (NCEP) Guidelines*

Attachment #6

Date: 11/28/12                                                              PAGE 2
Time: 1240

BRIGHAM CITY COMMUNITY HOSPITAL
950 SOUTH MEDICAL DR.
BRIGHAM CITY, UTAH 84302
Phone: (435) 734-4173  Fax: (435) 723-7437
Pathologist Norman O. Wahlstrom Jr., M.D.

*** OUTPATIENT REPORT ***

NAME:     CLARK, DARIN F                                          CONTINUED

Specimen: 1128:CBF:C00014R  Collected: 11/28/12-0908 Status:  COMP     Req#: 00360300
                            Received:  11/28/12-0908 Subm Dr: Brigham City Community Hosp

Ordered:  COMP. METABOLIC, LIPID, PSA

| Test | Low | Normal | High | Flag | Reference |
|------|-----|--------|------|------|-----------|
| > PSA | | 0.81 | | | 0.00-4.00 |

*Siemens' (Dade) Dimension Method.*

SPEC #: 1128:CBF:H00015R   COLL: 11/28/12-0908   STATUS:  COMP        REQ #: 00360300
                           RECD: 11/28/12-0908   SUBM DR: Brigham City Community Hosp

ENTERED:  11/28/12-0908                          OTHR DR:
ORDERED:  HEMOGRAM

| Test | Low | Normal | High | Flag | Reference |
|------|-----|--------|------|------|-----------|
| HEMOGRAM | | | | | |
| >   WBC | | 5.0 | | | 3.60-10.60 K/mm3 |
| >   RBC | | 5.26 | | | 4.40-5.80 M/mm3 |
| >   HGB | | 16.2 | | | 13.3-16.9 gm/L |
| >   HCT | | 44.8 | | | 40.0-51.2 % |
| >   MCV | | 85.2 | | | 78.0-97.3 fL |
| >   MCH | | 30.8 | | | 26.2-32.5 pg |
| >   MCHC | | | 36.2 | H | 32.0-36.0 g/dl |
| >   RDW | | 13.5 | | | 11.3-15.6 |
| >   PLTS | | 232 | | | 140-400 K/mm3 |
| >   MPV | | 9.8 | | | 6.6-10.7 fl |

**Brigham City**
**Community Hospital**

## EXPLANATION OF LAB RESULTS

We at the Brigham City Community Hospital Laboratory are pleased to be part of your health care team. We offer you this explanation of your lab results to help you understand and have confidence in this report. You have been sent two copies of your results, one for you, and one to share with your health care provider. The goal of this laboratory testing is to help you learn more about your body and identify potential problems early when treatment or lifestyle changes can be most effective.

Your report contains two elements, a blood chemistry analysis that includes a lipid (cholesterol) panel, glucose and electrolytes, and a blood cell count or CBC. Males will also have a PSA (prostate specific antigen) result. Please note that the normal range for each test is listed in the Reference column. If any lab result falls outside of this range, it will be listed in the Low or High column. If you have results that fall in the Low or High column they may indicate a medical problem, or may not be of any concern at all. Your physician is the most appropriate person to discuss these matters with. *PLEASE CONTACT YOUR HEALTH CARE PROVIDER WITH ANY QUESTIONS AND MAKE AN APPOINTMENT FOR FURTHER EVALUATION IF YOUR DOCTORS INDICATES THIS IS NECESSARY. IN THE EVENT YOU DO NOT HAVE A HEALTHCARE PROVIDER PLEASE CALL THE PHYSICIAN REFERRAL LINE (435) 734-4203 OR EMAIL PHYSICIANREFERRAL@MOUNTAINSTARHEALTH.COM*

### CHEMISTRY TESTS

**SODIUM AND CHLORIDE** are regulated by the kidneys and adrenal glands. They are important for the functioning of nerves, muscles and most cells. Your doctor should evaluate any value outside the expected ranges.
**POTASSIUM** is controlled very carefully by the kidneys. It is important for the proper functioning of nerves and muscles, particularly the heart. Any value outside the expected range, high or low, requires medical evaluation. This is especially important if you are taking a diuretic (water pill) or heart pill (Digitalis, etc.)
**GLUCOSE** is a measure of the sugar level in your blood. High values can be associated with eating before the test and diabetes. If your fasting blood sugar is above the normal range, you should consult your doctor. If your blood sugar is over 200, even if you had recently eaten or have known diabetes, you should contact your physician.
**BUN** is a waste product produced in the liver and excreted by the kidneys. High values may mean that the kidneys are not working as well as they should. BUN is also affected by high protein diets, strenuous exercise, or dehydration (which raises the level) and pregnancy (which lowers it). Your doctor should evaluate high values.
**CREATININE** is another waste product that indicates how your kidneys are working. The amount present is not affected by the quantity of protein you eat. High values require medical evaluation, especially with high BUN levels. Low values are not significant.
**TOTAL PROTEIN, ALBUMIN, and GLOBULIN:** These are a general index of overall health and nutrition. Total protein is a measure of the protein circulating in your blood. Albumin is a small "carrier" protein, and globulin is the "antibody" protein important for fighting disease. Your doctor should evaluate any total protein, or globulin value outside normal range, or any low albumin.
**CALCIUM** is controlled by the parathyroid glands and the kidneys. This mineral is found mostly in bone, but is also important for proper blood clotting, and nerve, muscle, and cell activity. Your health care provider should evaluate any abnormal value.

Form: Lab-700-005
Revision Date: 12/07

**BILIRUBIN TOTAL** is the pigment (color) in bile. High levels may indicate liver disease or some other disorder that reduces the normal flow of bile and should be reported to your physician.
**AST/SGOT AND ALT/SGPT** are proteins called enzymes that aid various chemical activities within muscle, liver and heart cells. Injury to cells can release these enzymes into the blood. Damage from alcohol, heart attack, liver disorders and a number of related diseases are reflected in high values and should be evaluated by your doctor. Low values are probably not significant.

**ALKALINE PHOSPHATASE (ALK PHOS)** is an enzyme found primarily in bones and the liver. Expected values for this test are higher in pregnant women; otherwise, your physician should evaluate any high value. A low value is probably not significant.
**CHOLESTEROL:** a blood fat. High levels have been associated with increased risk of heart disease in some people. National research groups have shown an increased risk of developing heart disease when values exceed 200 mg/dL. The following guidelines have been developed from these studies:
- Everyone should try to get his or her cholesterol levels below 200. People that fall in this category have a low risk of developing heart disease.
- If your level is between 200 and 250, your risk of developing heart disease is increased.
- If your level is greater than 250 you have a high risk of developing heart disease. Consult your health care provider for advice on diets and medications to help you lower your risk.

**HDL CHOLESTEROL**: sometimes called the "good cholesterol", it is one of several types of fats that make up the total Cholesterol number. The higher your HDL number, the lower your risk of developing heart disease.
**LDL CHOLESTEROL**: sometimes referred to as "bad cholesterol", this is another of the fats included in the total Cholesterol number. Generally, you want this number to fall within the reference range.
**TRIGLYCERIDE:** a blood fat that is directly affected by what you have eaten. Triglycerides may remain at high values in your blood for up to 12 hours after you have eaten. However, even after eating, if your triglyceride number is higher than 500, you should consult your health care provider.
**PSA (PROSTATE SPECIFIC ANTIGEN):** a blood test for males that can indicate enlargement or cancer of the prostate. If the result is above the reference range, you should contact your doctor. PSA values are particularly helpful when done annually and followed over a period of years.

## BLOOD CELL COUNTS (HEMOGRAM)

The HEMOGRAM measures three types of cells, white blood cells (WBC), red blood cells (RBC), and platelets (PLT).
**WBC:** may be increased during infections and other problems such as allergies, or decreased in other types of disease processes.
**RBC:** the cells that carry oxygen through your blood to the cells throughout the body.
**HGB**: Hemoglobin, the molecule inside the RBC that actually carries the oxygen. This test can be used to diagnose anemia or an unhealthy increase in blood volume.
**HCT:** The percentage of your blood volume that is made up of cells. This test is used in conjunction with hemoglobin to diagnose anemia or increased blood volume.
**PLTS**: Platelets, help in the blood's ability to clot.
**MPV**: Mean Platelet Volume, a measurement of platelet size.
**MCV, MCH, MCHC, RDW**: calculations used by doctors to help in the diagnosis of conditions such as anemia.

Form: Lab-700-005
Revision Date: 12/07


Intermountain
Healthcare

# Intermountain Healthcare

## Lab Results

| **Patient:** CLARK, DARIN FRONK | **Home Phone:** (435) 279-3853 | **DOB:** 07/19/1967 |
|---|---|---|
| **Address:** 1315 RIVERVIEW DR | **Work Phone:** (801) 238-5355 | **EMPI:** 403078128 |
| GARLAND, UT 843129330 | **Sex:** M | **MRN:** 116143 |

### Comprehensive Metabolic Panel

| | Test Status | Na | K | Cl | CO2 | Anion Gap (Na Cl CO2) | Glucose | BUN |
|---|---|---|---|---|---|---|---|---|
| Last Ref. Range: | | 137-146 | 3.5-5.0 | 98-109 | 19-30 | 3-16 | 65-99 | 6-21 |
| Units: | | mmol/L | mmol/L | mmol/L | mmol/L | mmol/L | mg/dL | mg/dL |
| 04/21/07.12:02 | Final | 143 | 3.7 | 103 | 26 | 14 | 90 | 14 |

### Comprehensive Metabolic Panel (cont)

| | Creatinine | GFR, Estimated | Ca | Prot | Albumin | Bili, Total | Alk Phos | ALT |
|---|---|---|---|---|---|---|---|---|
| Last Ref. Range: | 0.8-1.3 | >60 | 8.4-10.2 | 6.0-8.4 | 3.3-4.8 | 0.2-1.3 | 40-120 | 12-61 |
| Units: | mg/dL | mL/min/1.73 sq m | mg/dL | g/dL | g/dL | mg/dL | U/L | U/L |
| 04/21/07.12:02 | 1.3 | >60 | 10.0 | 8.5 H | 4.8 | 0.5 | 87 | 86 H |

### Comprehensive Metabolic Panel (cont)

| | AST |
|---|---|
| Last Ref. Range: | 16-50 |
| Units: | U/L |
| 04/21/07.12:02 | 43 |

04/21/07.12:02 - Ordering/Requesting Facilty:Logan Regional Hospital, Logan, UT; Performing Location(unless otherwise noted):Logan Regional Hospital, Logan, UT

### Vitamin B12

| | Test Status | B12 |
|---|---|---|
| Last Ref. Range: | | 193-982 |
| Units: | | pg/mL |
| 04/21/07.12:02 | Final | * >1000 H |

\* Comments

04/21/07.12:02   B12: Performed at Intermountain Central Laboratory, Murray, Utah

04/21/07.12:02 - Ordering/Requesting Facilty:Logan Regional Hospital, Logan, UT; Performing Location(unless otherwise noted):Logan Regional Hospital, Logan, UT

### Thyroid Stimulating Hormone

| | Test Status | TSH |
|---|---|---|
| Last Ref. Range: | | 0.45-4.67 |
| Units: | | uIU/mL |
| 04/21/07.12:02 | Final | * 1.74 |

\* Comments

04/21/07.12:02   TSH: Performed at Intermountain Central Laboratory, Murray, Utah

04/21/07.12:02 - Ordering/Requesting Facilty:Logan Regional Hospital, Logan, UT; Performing Location(unless otherwise noted):Logan Regional Hospital, Logan, UT

### CBC

| | Test Status | WBC | RBC | HGB | Hct | MCV | MCH | MCHC |
|---|---|---|---|---|---|---|---|---|
| Last Ref. Range: | | 3.6-10.6 | 4.50-5.90 | 13.5-17.5 | 41.0-53.0 | 80.0-100.0 | 26.0-34.0 | 32.0-36.0 |
| Units: | | K/uL | M/uL | g/dL | % | fL | pg | g/dL |
| 04/21/07.12:02 | Final | 6.4 | 5.50 | 16.9 | 47.7 | 86.6 | 30.6 | 35.4 |

### CBC (cont)

| | RDW | PLTS | MPV | Nucleated RBCs, Automated | Differential Type | Neut, Abs | Neut, Auto | Lymph % |
|---|---|---|---|---|---|---|---|---|
| Last Ref. Range: | 11.3-15.6 | 150-400 | 6.6-10.1 | | | 1.8-6.8 | 36.0-66.0 | 24.0-44.0 |
| Units: | % | K/uL | fL | /100 WBCs | | K/uL | % | % |
| 04/21/07.12:02 | 12.6 | 352 | 8.1 | 0.0 | Automated | 4.1 | 63.9 | 23.9 L |

### CBC (cont)

| | Mono, Auto | Eos, Auto | Baso, Auto | Lymph, Abs | Mono, Abs | Eos, Abs | Baso, Abs |
|---|---|---|---|---|---|---|---|
| Last Ref. Range: | 0.0-8.0 | 0.0-5.0 | 0.0-6.0 | 1.2-3.4 | 0.2-0.9 | 0.0-0.5 | 0.0-0.3 |
| Units: | % | % | % | K/uL | K/uL | K/uL | K/uL |
| 04/21/07.12:02 | 9.4 H | 2.0 | 0.8 | 1.5 | 0.6 | 0.1 | 0.1 |

04/21/07.12:02 - Ordering/Requesting Facilty:Logan Regional Hospital, Logan, UT; Performing Location(unless otherwise noted):Logan Regional Hospital, Logan, UT

### RPR

| | Test Status | RPR |
|---|---|---|
| Last Ref. Range: | | NR |
| Units: | | |
| 04/21/07.12:02 | Final | Nonreactive |

04/21/07.12:02 - Ordering/Requesting Facilty:Logan Regional Hospital, Logan, UT; Performing Location(unless otherwise noted):Logan Regional Hospital, Logan, UT



# Intermountain Healthcare

## Lab Results

### Urinalysis

| | Test Status | Collect Method, Ur | Color | Appear | Sp Gr, Ur | pH, Urine | Glucose, Ur | Ketones, Ur |
|---|---|---|---|---|---|---|---|---|
| Last Ref. Range: | | | NORMAL | NORMAL | 1.003-1.035 | 5.0-8.5 | NEG | NEG |
| Units: | | | | | | | mg/dL | mg/dL |
| 04/21/07.12:03 | Final | Clean Catch Specimen | Normal | Normal | >1.030 | 6.0 | Negative | Negative |

### Urinalysis (cont)

| | Nitrite | Hgb, Ur | Prot, Ur | Leuk Esterase |
|---|---|---|---|---|
| Last Ref. Range: | NEG | NEG | NEG | NEG |
| Units: | | | | |
| 04/21/07.12:03 | Negative | Negative | Negative | Negative |

04/21/2007.12:03 - Ordering/Requesting Facilty:Logan Regional Hospital, Logan, UT; Performing Location(unless otherwise noted):Logan Regional Hospital, Logan, UT

### Drugs Of Abuse, Rapid Screen, Urine

| | Test Status | Amphetamines | Methamphetamine | Barbit Scrn, Ur | Benzodiazepines | Cocaine | Methadone | Opiates |
|---|---|---|---|---|---|---|---|---|
| Last Ref. Range: | | NEG | NEG | NEG | NEG | NEG | NEG | NEG |
| Units: | | | | | | | | |
| 04/21/07.12:03 | Final | Negative | Negative | Negative | Negative | Negative | Negative | Negative |

### Drugs Of Abuse, Rapid Screen, Urine (cont)

| | Synthetic Opioids | Cannabinoids, Ur | Comment |
|---|---|---|---|
| Last Ref. Range: | NEG | NEG | |
| Units: | | | |
| 04/21/07.12:03 | * Negative | Negative | * See Note |

```
* Comments
04/21/07.12:03    Synthetic Opioids:    (NOTE)        INTERPRETIVE TEXT FOR Synthetic Opioids:        Synthetic Opioids include Oxycodone, Hydrocodone, Hydromorphone    and
Oxymorphone.
04/21/07.12:03    Comment:    (NOTE)        INTERPRETATION OF DRUG SCREENS:        This is an unconfirmed screening test and should be used for        MEDICAL purposes
only.
False positive and false negative results        can occur with any screening test. When clinically indicated,        specific drug
identification
should be done by a more specific        method such as GC/MS.
04/21/2007.12:03 - Ordering/Requesting Facilty:Logan Regional Hospital, Logan, UT; Performing Location(unless otherwise noted):Logan Regional Hospital, Logan, UT
```

### Hepatic Function Panel

| | Test Status | Prot | Albumin | Bili, Total | Bili, Conj | Bili, Unconj | Alk Phos | ALT |
|---|---|---|---|---|---|---|---|---|
| Last Ref. Range: | | 6.0-8.4 | 3.3-4.8 | 0.2-1.3 | 0.0-0.3 | 0.0-1.1 | 40-120 | 12-61 |
| Units: | | g/dL | g/dL | mg/dL | mg/dL | mg/dL | U/L | U/L |
| 08/06/2009.10:56 | Final | 7.9 | 4.8 | 0.5 | 0.0 | 0.3 | 74 | 59 |

### Hepatic Function Panel (cont)

| | AST |
|---|---|
| Last Ref. Range: | 16-50 |
| Units: | U/L |
| 08/06/2009.10:56 | 37 |

08/06/2009.10:56 - Ordering/Requesting Facilty:Logan Regional Hospital, Logan, UT; Performing Location(unless otherwise noted):Logan Regional Hospital, Logan, UT

**Brigham Medical Clinic, Inc.**
P.O. Box 719
600 West Hospital Road
Brigham City, Utah 84302
Office Phone:  435-734-2041
Office Fax:  435-723-8028

Bruce W. Keller, M.D.
John R. Markeson, M.D.
James R. Taylor, M.D.

Gregg H, Wilding, M.D.
Thomas M. Matthews, M.D.
David G. Wilding, M.D

07-25-12

To Whom It May Concern:

Re: Darin F. Clark
DOB: 7-19-1967

Darin Clark has been seen either at our office or at the Nucor Building Systems Clinic, about every two weeks since January 2009. He has chronic pain in his knees and feet. The x-rays and other tests have been normal, and Naprosyn, an anti-inflammatory has not helped. He has been given a short course of prednisone, which helped a little bit. He has had swelling of his ankles and his knees at times. He has never been on narcotic medication for this pain, but it does decrease his mobility and his ability to be very active. Darin has also been seen for bouts of depression and anxiety. At times these have been quite severe. He also suffers from gastroesophageal reflux disease, tremors of his arms and legs, and has had pre diabetes on laboratory testing in the past. He has severe migraine headaches, which at times are quite incapacitating. He has had these headaches since age 27 and they are coming between twice a week and once a week. They often give him central blindness, decrease the hearing in his ears and he usually just has to go bed when he gets these kinds of headaches. He once was in a pain clinic for this but now just uses ibuprofen.

His current medications are Naprosyn 500 mg twice daily, Clonazepam 1 mg twice daily, Simvastatin 40 mg once a day, omeprazole 40 mg once a day.

Further questions can be addressed to me at the above address.

Sincerely,

Thomas M. Matthews, M.D.
Brigham Medical Clinic
TM/rh

CONFIDENTIAL
COPY

Attachment #7